**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sycamore Gardens, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Sycamore Gardens Apartments** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0915823** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4802 Sycamore Ave**<br>**Pasadena, TX 77503** | **5014 16th Ave # 118**<br>**Brooklyn, NY 11204** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Sycamore Gardens, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Southern District of Texas (Houston)** | When | **9/03/24** | Case number | **24-34116** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor  **Sycamore Gardens, LLC**                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **Jackson Gardens, LLC** | Relationship | **Affiliate** |
| District | **Eastern District of New York** | When | **1/07/25** | Case number, if known |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Sycamore Gardens, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Sycamore Gardens, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January  7, 2025**
MM / DD / YYYY

**X** **/s/ David Goldwasser**
Signature of authorized representative of debtor

**David Goldwasser**
Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Avrum J. Rosen**
Signature of attorney for debtor

Date  **January  7, 2025**
MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Law Offices of Avrum J. Rosen, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone  **631-423-8527**       Email address  **arosen@ajrlawny.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Sycamore Gardens, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 7, 2025**      X **/s/ David Goldwasser**
                                            Signature of individual signing on behalf of debtor

                                            **David Goldwasser**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sycamore Gardens, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ameristar Apartment Serv.** PO Box 29309 Dallas, TX 75229 | | **Glass Services** | **Disputed** | | | $0.00 |
| **Antoine Estates** 9021 Antoine Dr Houston, TX 77088 | | **Loan** | | | | $105,869.00 |
| **Archie Law** 200 Crawford St. Suite 800 Houston, TX 77002 | | **Legal Services** | **Disputed** | | | $7,500.00 |
| **AT&T** PO Box 410437 Salt Lake City, UT 84141 | | **Internet Services** | | | | $300.00 |
| **Audio Images** PO Box 550 Jacksonville, FL 32234 | | **Answer Servcie** | **Disputed** | | | $1,200.00 |
| **Ben Schlafrok** 1143 57 Street Brooklyn, NY 11219 | | **Bookkeeper Services** | | | | $2,000.00 |
| **Ben Zelmanowitz** 7522 Ludington Dr Houston, TX 77071 | | **Manager** | | | | $2,000.00 |
| **Berrett Pest Control** 14173 NW Freeway Houston, TX 77040 | | **Pest Control Services** | **Disputed** | | | $2,400.00 |
| **CenterPoint Energy** PO Box 1700 Houston, TX 77251 | | **Utility** | | | | $680.63 |
| **Christoval Lee Rodriguez** 9898 Forum Drive Houston, TX 77036 | | **Maintenance Services** | | | | $3,000.00 |

Debtor  **Sycamore Gardens, LLC**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Pasadena, Water PO Box 1337 Pasadena, TX 77501** | | **Water** | **Disputed** | | | **$10,000.00** |
| **Constellation PO Box 4911 Houston, TX 77210** | | **Utility** | | | | **$108,000.00** |
| **Gemstone Management 9002 Chimney Rock Rd Unit 232 Houston, TX 77096** | | **Management Services** | **Disputed** | | | **$70,000.00** |
| **John Svarc 106 75th St Brooklyn, NY 11219** | | | | | | **$3,000.00** |
| **Jose Luis Palacios Moreno 5180 Silver Creek Drive Houston, TX 77017** | | **Maintenance** | **Disputed** | | | **$2,000.00** |
| **Nautilus Insurance Group 7233 E Butherus Dr Scottsdale, AZ 85260** | | **Insurance** | | | | **$500.00** |
| **Plum Plumbing, LLC 2017 Caplin St Houston, TX 77026** | | **Plumbing Services** | **Unliquidated** | | | **$10,000.00** |
| **Stormfield Capital Fund 200 Pequot Ave Southport, CT 06890** | | **56 Unit Apartment Building 4812 Sycamore Ave Pasadena, TX 77503-3853** | | **$4,500,000.00** | **$750,000.00** | **$3,864,085.59** |
| **Texas Star Construction L 10101 Fondren Suite 312 Houston, TX 77096** | | **Construction Work** | **Disputed** | | | **$36,000.00** |
| **Waste Management 2010 Wilson Rd Humble, TX 77396** | | **Trash Services** | | | | **$2,500.00** |

**Fill in this information to identify the case:**

Debtor name   **Sycamore Gardens, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................   $    **750,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................   $    **353,851.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................   $    **1,103,851.00**

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **4,614,085.59**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$    **366,949.63**

4.   **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b

   $    **4,981,035.22**

**Fill in this information to identify the case:**

Debtor name    **Sycamore Gardens, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. **Chase Bank** | **Checking** | 1055 | $1.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | $1.00

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 75,000.00 | - | 35,000.00 | = .... | $40,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Sycamore Gardens, LLC**_____    Case number *(If known)* _____
Name

12.    **Total of Part 3.**                                                    | $40,000.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | |
| 20. | **Work in progress** | | | |
| 21. | **Finished goods, including goods held for resale** | | | |
| 22. | **Other inventory or supplies** **Stoves in units, refrigerators in units (about 46)** | | $0.00 | | $13,800.00 |

23.    **Total of Part 5.**                                                    | $13,800.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor **Sycamore Gardens, LLC**          Case number *(If known)* _____
_____
<small>Name</small>

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Desk & Chairs** | **$0.00** | | **$50.00** |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$50.00**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.** **56 Unit Apartment Building** **4812 Sycamore Ave** **Pasadena, TX** **77503-3853** | Fee simple | **$0.00** | | **$750,000.00** |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$750,000.00**

Debtor    **Sycamore Gardens, LLC**                                      Case number *(If known)* _____
          Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Insurance claims for damages and loss of rents from AIG** | $300,000.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $300,000.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **Sycamore Gardens, LLC**_____     Case number *(if known)* _____
              Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $750,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $353,851.00 | + 91b. $750,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,103,851.00 |

**Fill in this information to identify the case:**

Debtor name   **Sycamore Gardens, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **CITY OF PASADENA**

Creditor's Name

**P.O. BOX 4576**
**Houston, TX 77210**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0032**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. CITY OF PASADENA**
**2. Harris County Tax Office**
**3. Pasadena ISD**
**4. Stormfield Capital Fund**

Describe debtor's property that is subject to a lien
**56 Unit Apartment Building**
**4812 Sycamore Ave Pasadena, TX 77503-3853**

Describe the lien
**Unpaid Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$24,752.63**   Value of collateral: **$750,000.00**

---

**2.2**   **Harris County Tax Office**

Creditor's Name

**PO Box 2848**
**Houston, TX 77252**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**56 Unit Apartment Building**
**4812 Sycamore Ave Pasadena, TX 77503-3853**

Describe the lien
**Unpaid Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$29,076.79**   Value of collateral: **$750,000.00**

Debtor **Sycamore Gardens, LLC**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pasadena ISD** | Describe debtor's property that is subject to a lien | $60,256.17 | $750,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1318
Pasadena, TX 77501**

Creditor's mailing address

**56 Unit Apartment Building
4812 Sycamore Ave Pasadena, TX 77503-3853**

**Describe the lien**
**Unpaid Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7524**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Stormfield Capital Fund** | Describe debtor's property that is subject to a lien | $4,500,000.00 | $750,000.00 |
|---|---|---|---|---|

Creditor's Name

**200 Pequot Ave
Southport, CT 06890**

Creditor's mailing address

**56 Unit Apartment Building
4812 Sycamore Ave Pasadena, TX 77503-3853**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,614,085.59

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Sycamore Gardens, LLC** | | Case number (*if known*) | |
|--------|---------------------------|--|--------------------------|--|
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| **Angela K. Randermann**<br>**1235 North Loop West**<br>**Suite 600**<br>**Houston, TX 77008** | Line __2.3__ | |
| **Harris County Attorney**<br>**PO Box 2848**<br>**Houston, TX 77252** | Line __2.2__ | |
| **LINEBARGER GOGGAN BLAIR**<br>**PO BOX 3064**<br>**Houston, TX 77253** | Line __2.1__ | |
| **Polsinelli PC**<br>**222 Delaware Ave.**<br>**Suite 1101**<br>**Wilmington, DE 19801** | Line __2.4__ | |

**Fill in this information to identify the case:**

Debtor name   **Sycamore Gardens, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Ameristar Apartment Serv.**<br>PO Box 29309<br>Dallas, TX 75229<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Glass Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Antoine Estates**<br>9021 Antoine Dr<br>Houston, TX 77088<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$105,869.00** |

| Debtor | Sycamore Gardens, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Archie Law**
**200 Crawford St.**
**Suite 800**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**AT&T**
**PO Box 410437**
**Salt Lake City, UT 84141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Internet Services__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Audio Images**
**PO Box 550**
**Jacksonville, FL 32234**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Answer Servcie__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Ben Schlafrok**
**1143 57 Street**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Bookkeeper Services__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Ben Zelmanowitz**
**7522 Ludington Dr**
**Houston, TX 77071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Manager__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Berrett Pest Control**
**14173 NW Freeway**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Pest Control Services__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.63 |
|---|---|---|---|

**CenterPoint Energy**
**PO Box 1700**
**Houston, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Utility__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Sycamore Gardens, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Christoval Lee Rodriguez**
**9898 Forum Drive**
**Houston, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**City of Pasadena, Water**
**PO Box 1337**
**Pasadena, TX 77501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,000.00** |
|---|---|---|---|

**Constellation**
**PO Box 4911**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Gemstone Management**
**9002 Chimney Rock Rd**
**Unit 232**
**Houston, TX 77096**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Management Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**John Svarc**
**106 75th St**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jose Luis Palacios Moreno**
**5180 Silver Creek Drive**
**Houston, TX 77017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Nautilus Insurance Group**
**7233 E Butherus Dr**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sycamore Gardens, LLC**                                        Case number (if known) _____
_____
Name

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |

**Plum Plumbing, LLC**
**2017 Caplin St**
**Houston, TX 77026**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Plumbing Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Republic Waste**
**2010 Wilson**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Waste Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Russell Perry**
**c/o Stephanie Krueger**
**One Riverway 1400**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Personal Injury Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,000.00** |

**Texas Star Construction L**
**10101 Fondren Suite 312**
**Houston, TX 77096**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Construction Work**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |

**Waste Management**
**2010 Wilson Rd**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trash Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Gemstone Management**<br>**5868 Westheimer Rd # 476**<br>**Houston, TX 77057** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | **0.00** |
| 5b. Total claims from Part 2 | 5b.  + $ | **366,949.63** |

Debtor    **Sycamore Gardens, LLC**
_____
Name

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 366,949.63

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Sycamore Gardens, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 72** |
| State the term remaining | **Adela Garcia** |
| List the contract number of any government contract | **4812 Sycamore Avenue Unit 72 Pasadena, TX 77503** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 52** |
| State the term remaining | **Alexander Martinez** |
| List the contract number of any government contract | **4812 Sycamore Ave Unit 52 Pasadena, TX 77503** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 5** |
| State the term remaining | **Amanda Marie Justin Ryan Nollman** |
| List the contract number of any government contract | **4812 Sycamore Ave Pasadena, TX 77503** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 73** |
| State the term remaining | **Amy Trigo, Ashley Reiter** |
| List the contract number of any government contract | **4812 Sycamore Ave Unit 73 Pasadena, TX 77503** |

| Debtor 1 | **Sycamore Gardens, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 71** | |
|---|---|---|---|
| | State the term remaining | | **Angel Salgado**<br>**Alejandrina Garcia**<br>**4812 Sycamore Ave**<br>**Unit 71**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 66** | |
|---|---|---|---|
| | State the term remaining | | **Anthony Mendoza**<br>**4812 Sycamore Ave**<br>**Unit 66**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Contract** | |
|---|---|---|---|
| | State the term remaining | | **AT&T**<br>**PO Box 410437**<br>**Salt Lake City, UT 84141** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 47** | |
|---|---|---|---|
| | State the term remaining | | **Carrol Stanton Brooks**<br>**4812 Sycamore Ave**<br>**Unit 47**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Utility Contract** | |
|---|---|---|---|
| | State the term remaining | | **CenterPoint Energy**<br>**PO Box 1700**<br>**Houston, TX 77251** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Sycamore Gardens, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 55** | |
|---|---|---|---|
| | State the term remaining | | **Christoval Lee Rodriguez**<br>**4812 Sycamore Ave**<br>**Unit 55**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 57** | |
|---|---|---|---|
| | State the term remaining | | **Colleen Jeffrey Kelley**<br>**4812 Sycamore Ave**<br>**Unit 57**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Utility Contract** | |
|---|---|---|---|
| | State the term remaining | | **Constellation**<br>**PO Box 4911**<br>**Houston, TX 77210** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 75** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Adriana Santibanez**<br>**4812 Sycamore Ave**<br>**Unit 75**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 21** | |
|---|---|---|---|
| | State the term remaining | | **Daniel Fitzgerald**<br>**4812 Sycamore Ave**<br>**Unit 21**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Sycamore Gardens, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease of Unit 51**

**Destiny Pierce**
**4812 Sycamore Ave**
**Unit 51**
**Pasadena, TX 77503**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease of Unit 58**

**Gabriel Elvira Colorado**
**4812 Sycamore Ave**
**Unit 58**
**Pasadena, TX 77503**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease of Unit 46**

**Glenn Randolph**
**4812 Sycamore Ave**
**Unit 46**
**Pasadena, TX 77503**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease of Unit 3**

**Karen Michell Nollman**
**4812 Sycamore Ave**
**Unit 3**
**Pasadena, TX 77503**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Residential Lease of Unit 77**

**Karen Ruth Sabin**
**4812 Sycamore Ave**
**Unit 77**
**Pasadena, TX 77503**

---

| Debtor 1 | **Sycamore Gardens, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease of Unit 61 | |
|---|---|---|---|
| | State the term remaining | | Kevin Alan Tadlock 4812 Sycamore Ave Unit 61 Pasadena, TX 77503 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease of Unit 65 | |
|---|---|---|---|
| | State the term remaining | | Korbynn Tess Espinoza 4812 Sycamore Ave Unit 65 Pasadena, TX 77503 |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease of Unit 49 | |
|---|---|---|---|
| | State the term remaining | | Lawrence Spiller 4812 Sycamore Ave Unit 49 Pasadena, TX 77503 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease of Unit 45 | |
|---|---|---|---|
| | State the term remaining | | Marco Mendez 4812 Sycamore Ave Unit 45 Pasadena, TX 77503 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease of Unit 69 | |
|---|---|---|---|
| | State the term remaining | | Mary Powers 4812 Sycamore Ave Unit 69 Pasadena, TX 77503 |
| | List the contract number of any government contract | | |

Debtor 1  **Sycamore Gardens, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 2** | |
|---|---|---|---|
| | State the term remaining | | **Miguel Carrion**<br>**4812 Sycamore Ave**<br>**Unit 2**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 67** | |
|---|---|---|---|
| | State the term remaining | | **Miguel Cindy Infante**<br>**4812 Sycamore Ave**<br>**Unit 67**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 54** | |
|---|---|---|---|
| | State the term remaining | | **Nicholas Oneal**<br>**4812 Sycamore Ave**<br>**Unit 54**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 4** | |
|---|---|---|---|
| | State the term remaining | | **Paulino Funtes**<br>**4812 Sycamore Ave**<br>**Unit4**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Service** | |
|---|---|---|---|
| | State the term remaining | | **Tedlink**<br>**Po Box 11002**<br>**Brooklyn, NY 11211** |
| | List the contract number of any government contract | | |

Debtor 1  **Sycamore Gardens, LLC**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 6** | |
| | State the term remaining | | **Victoria Garcia**<br>**4812 Sycamore Ave**<br>**Unit 6**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 53** | |
| | State the term remaining | | **Walter Kelley**<br>**4812 Sycamore Ave**<br>**Unit 53**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Trash Services** | |
| | State the term remaining | | **Waste Management**<br>**2010 Wilson Rd**<br>**Humble, TX 77396** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 64** | |
| | State the term remaining | | **Yduvina Canales**<br>**4812 Sycamore Ave**<br>**Unit 64**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 63** | |
| | State the term remaining | | **Yolanda Jacob Vasquez**<br>**4812 Sycamore Ave**<br>**Unit 63**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

Debtor 1  **Sycamore Gardens, LLC**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease of Unit 50** | |
|---|---|---|---|
| | State the term remaining | | **Zeuz Ashlyn Dias**<br>**4812 Sycamore Ave**<br>**Unit 50**<br>**Pasadena, TX 77503** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sycamore Gardens, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Allon Avgi** | **2771 Merrick Ave** **Merrick, NY 11566** | **Stormfield Capital Fund** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Ariel Sholomov** | **19327 Mclaughlin Ave** **Hollis, NY 11423** | **Stormfield Capital Fund** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Michael Fisher** | **5014 16th Ave # 118** **Brooklyn, NY 11204** | **Stormfield Capital Fund** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Harper Issaac Espinoza** | **4812 Sycamore Ave** **Unit 65** **Pasadena, TX 77503** | **Korbynn Tess Espinoza** | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |

Debtor    **Sycamore Gardens, LLC**_____     Case number *(if known)*    _____

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Tiffany Ailen Salinas** | **4812 Sycamore Ave Unit 6 Pasadena, TX 77503** | **Victoria Garcia** | ☐ D _____ ☐ E/F _____ ■ G ___**2.30**___ |

**Fill in this information to identify the case:**

Debtor name    **Sycamore Gardens, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |
| 3.1. **Chase** **P.O. Box 15298** **Wilmington, DE 19850** | **October, November December** | **$49,976.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card Payment** |

Debtor  **Sycamore Gardens, LLC**                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sycamore Gardens LLC v. Stormfield Capital**<br>**2024-41883** | **Civil** | **Texas 133rd District Ct., Harris County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Russell Perry vs Sycamore Garden LLC**<br>**2023-07388** | **Civil** | **Texas 133rd District Cr., Harris County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

---

Debtor    **Sycamore Gardens, LLC**                                            Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Baker & Associates**<br>**950 Echo Lane, Suite 300**<br>**Houston, TX 77024** | | **8/3/2024** | **$4,238.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Law Offices of Avrum J. Rosen, PLLC**<br>**38 New St**<br>**Huntington, NY 11743** | **Attorneys Fee: $30,000.00**<br>**Filing Fee: $1,738.00** | **1/7/2025** | **$31,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Sycamore Gardens, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Sycamore Gardens, LLC | | Case number *(if known)* | |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Sycamore Gardens, LLC** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **John Svarc**<br>**106 75th St**<br>**Brooklyn, NY 11219** | **2022 - Current** |
| 26a.2. **Ben Schlafrok**<br>**1143 57 Street**<br>**Brooklyn, NY 11219** | **2023 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ben Schlafrok**<br>**1143 57 Street**<br>**Brooklyn, NY 11219** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Goldwasser** | | **Chief Restructuring Officer** | **0%** |

Debtor    **Sycamore Gardens, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **NYC Partners, LLC** | | **Member** | **60% Residual Operations Percentage** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Michael Fisher** | **5014 16th Ave # 118 Brooklyn, NY 11204** | **Manager** | **Resigned August 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Mitchell Steiman** | | **Manager** | **0%** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|-----------------------------------------------------|

Debtor    **Sycamore Gardens, LLC**                                              Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  7, 2025**

**/s/ David Goldwasser**                                    **David Goldwasser**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re  **Sycamore Gardens, LLC**  _____    Case No. _____

                                    Debtor(s)                  Chapter  **11**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

     For legal services, I have agreed to accept ........................................    $   _____

     Prior to the filing of this statement I have received .......................    $   _____

     Balance Due ...............................................................................    $   _____

☑   **RETAINER**

     For legal services, I have agreed to accept and received a retainer of .......    $           **30,000.00**

     The undersigned shall bill against the retainer at an hourly rate of ..........    $             **690.00**
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
     fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

     ☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ☑ Debtor        ☐ Other (specify):

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
         **Negotiations with creditors; preparation and filing Chapter 11 plan; preparation and filing of applications as needed; and all other aspects of the Chapter 11 proceeding. Total compensation inclusive of the retainer to be approved by the Court**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Sycamore Gardens, LLC**                                    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  7, 2025**                                        **/s/ Avrum J. Rosen**
*Date*                                                      **Avrum J. Rosen**
                                                            *Signature of Attorney*
                                                            **Law Offices of Avrum J. Rosen, PLLC**
                                                            **38 New St**
                                                            **Huntington, NY 11743-3327**
                                                            **631-423-8527  Fax: 631-423-4536**
                                                            **arosen@ajrlawny.com**
                                                            *Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re  **Sycamore Gardens, LLC**

Debtor(s)

Case No.

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Arthur Raab | | | 4% |
| Bird Acquisition LLC | | | 7% |
| Bird National LLC | | | 10% |
| Brookliv LLC | | | 10% |
| Capha One, Inc. | | | 10% |
| DYK Realty Holdings LLC | | | 6% |
| Elazar Wachs | | | 10% |
| Gershon Engel | | | 10% |
| Houston NYC Partners, LLC | | | 60% Residual Operations Percentage |
| Ideal Knowledge LLC | | | 2% |
| Joshua Silber | | | 3% |
| Mendel Steiner | | | 10% |
| Michael Fischer | | | 3% |
| Mordechai Eisen | | | 10% |

Sheet 1 of 2 in List of Equity Security Holders

In re: __Sycamore Gardens, LLC_____     Case No. _____

                                         _Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shever Inc.** | | **5%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January  7, 2025**_____     Signature  **/s/ David Goldwasser**_____

                                                    **David Goldwasser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

## United States Bankruptcy Court
### Eastern District of New York

In re   **Sycamore Gardens, LLC** _____   Case No. _____

                                    Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **January  7, 2025** _____        **/s/ David Goldwasser** _____

                                    **David Goldwasser/Chief Restructuring Officer**
                                    Signer/Title

Date:   **January  7, 2025** _____        **/s/ Avrum J. Rosen** _____

                                    Signature of Attorney
                                    **Avrum J. Rosen**
                                    **Law Offices of Avrum J. Rosen, PLLC**
                                    **38 New St**
                                    **Huntington, NY 11743-3327**
                                    **631-423-8527   Fax: 631-423-4536**

USBC-44                                                                          Rev. 9/17/98

Adela Garcia
4812 Sycamore Avenue
Unit 72
Pasadena, TX 77503


Alexander Martinez
4812 Sycamore Ave
Unit 52
Pasadena, TX 77503


Allon Avgi
2771 Merrick Ave
Merrick, NY 11566


Amanda Marie
Justin Ryan Nollman
4812 Sycamore Ave
Pasadena, TX 77503


Ameristar Apartment Serv.
PO Box 29309
Dallas, TX 75229


Amy Trigo, Ashley Reiter
4812 Sycamore Ave
Unit 73
Pasadena, TX 77503


Angel Salgado
Alejandrina Garcia
4812 Sycamore Ave
Unit 71
Pasadena, TX 77503


Angela K. Randermann
1235 North Loop West
Suite 600
Houston, TX 77008


Anthony Mendoza
4812 Sycamore Ave
Unit 66
Pasadena, TX 77503

Antoine Estates
9021 Antoine Dr
Houston, TX 77088


Archie Law
200 Crawford St.
Suite 800
Houston, TX 77002


Ariel Sholomov
19327 Mclaughlin Ave
Hollis, NY 11423


AT&T
PO Box 410437
Salt Lake City, UT 84141


AT&T
PO Box 410437
Salt Lake City, UT 84141


Audio Images
PO Box 550
Jacksonville, FL 32234


Ben Schlafrok
1143 57 Street
Brooklyn, NY 11219


Ben Zelmanowitz
7522 Ludington Dr
Houston, TX 77071


Berrett Pest Control
14173 NW Freeway
Houston, TX 77040


Carrol Stanton Brooks
4812 Sycamore Ave
Unit 47
Pasadena, TX 77503


CenterPoint Energy
PO Box 1700
Houston, TX 77251

CenterPoint Energy
PO Box 1700
Houston, TX 77251


Christoval Lee Rodriguez
9898 Forum Drive
Houston, TX 77036


Christoval Lee Rodriguez
4812 Sycamore Ave
Unit 55
Pasadena, TX 77503


CITY OF PASADENA
P.O. BOX 4576
Houston, TX 77210


City of Pasadena, Water
PO Box 1337
Pasadena, TX 77501


Colleen Jeffrey Kelley
4812 Sycamore Ave
Unit 57
Pasadena, TX 77503


Constellation
PO Box 4911
Houston, TX 77210


Constellation
PO Box 4911
Houston, TX 77210


Daniel Adriana Santibanez
4812 Sycamore Ave
Unit 75
Pasadena, TX 77503


Daniel Fitzgerald
4812 Sycamore Ave
Unit 21
Pasadena, TX 77503

Destiny Pierce
4812 Sycamore Ave
Unit 51
Pasadena, TX 77503


Gabriel Elvira Colorado
4812 Sycamore Ave
Unit 58
Pasadena, TX 77503


Gemstone Management
9002 Chimney Rock Rd
Unit 232
Houston, TX 77096


Gemstone Management
5868 Westheimer Rd # 476
Houston, TX 77057


Glenn Randolph
4812 Sycamore Ave
Unit 46
Pasadena, TX 77503


Harper Issaac Espinoza
4812 Sycamore Ave
Unit 65
Pasadena, TX 77503


Harris County Attorney
PO Box 2848
Houston, TX 77252


Harris County Tax Office
PO Box 2848
Houston, TX 77252


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


John Svarc
106 75th St
Brooklyn, NY 11219

```
Jose Luis Palacios Moreno
5180 Silver Creek Drive
Houston, TX 77017


Karen Michell Nollman
4812 Sycamore Ave
Unit 3
Pasadena, TX 77503


Karen Ruth Sabin
4812 Sycamore Ave
Unit 77
Pasadena, TX 77503


Kevin Alan Tadlock
4812 Sycamore Ave
Unit 61
Pasadena, TX 77503


Korbynn Tess Espinoza
4812 Sycamore Ave
Unit 65
Pasadena, TX 77503


Lawrence Spiller
4812 Sycamore Ave
Unit 49
Pasadena, TX 77503


LINEBARGER GOGGAN BLAIR
PO BOX 3064
Houston, TX 77253


Marco Mendez
4812 Sycamore Ave
Unit 45
Pasadena, TX 77503


Mary Powers
4812 Sycamore Ave
Unit 69
Pasadena, TX 77503


Michael Fisher
5014 16th Ave # 118
Brooklyn, NY 11204
```

Miguel Carrion
4812 Sycamore Ave
Unit 2
Pasadena, TX 77503


Miguel Cindy Infante
4812 Sycamore Ave
Unit 67
Pasadena, TX 77503


Nautilus Insurance Group
7233 E Butherus Dr
Scottsdale, AZ 85260


Nicholas Oneal
4812 Sycamore Ave
Unit 54
Pasadena, TX 77503


Pasadena ISD
PO Box 1318
Pasadena, TX 77501


Paulino Funtes
4812 Sycamore Ave
Unit4
Pasadena, TX 77503


Plum Plumbing, LLC
2017 Caplin St
Houston, TX 77026


Polsinelli PC
222 Delaware Ave.
Suite 1101
Wilmington, DE 19801


Republic Waste
2010 Wilson
Humble, TX 77396


Russell Perry
c/o Stephanie Krueger
One Riverway 1400
Houston, TX 77056

Stormfield Capital Fund
200 Pequot Ave
Southport, CT 06890


Tedlink
Po Box 11002
Brooklyn, NY 11211


Texas Star Construction L
10101 Fondren Suite 312
Houston, TX 77096


Tiffany Ailen Salinas
4812 Sycamore Ave
Unit 6
Pasadena, TX 77503


Victoria Garcia
4812 Sycamore Ave
Unit 6
Pasadena, TX 77503


Walter Kelley
4812 Sycamore Ave
Unit 53
Pasadena, TX 77503


Waste Management
2010 Wilson Rd
Humble, TX 77396


Waste Management
2010 Wilson Rd
Humble, TX 77396


Yduvina Canales
4812 Sycamore Ave
Unit 64
Pasadena, TX 77503


Yolanda Jacob Vasquez
4812 Sycamore Ave
Unit 63
Pasadena, TX 77503

Zeuz Ashlyn Dias
4812 Sycamore Ave
Unit 50
Pasadena, TX 77503

# United States Bankruptcy Court
### Eastern District of New York

In re   **Sycamore Gardens, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sycamore Gardens, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bird National LLC**

**Capha One, Inc.**

☐ None [*Check if applicable*]

**January  7, 2025**

Date

**/s/ Avrum J. Rosen**

**Avrum J. Rosen**

Signature of Attorney or Litigant

Counsel for   **Sycamore Gardens, LLC**

**Law Offices of Avrum J. Rosen, PLLC**

**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**
**arosen@ajrlawny.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Sycamore Gardens, LLC _____          **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:  **24-34116**     JUDGE: DISTRICT/DIVISION:  **Southern District of Texas (Houston)**

CASE STILL PENDING (Y/N):     **N**            [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):   **Prior Filing  9/03/2024** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:     JUDGE:     DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Jackson Gardens, LLC**

CASE STILL PENDING (Y/N):     **Y**            [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):   **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____            [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Avrum J. Rosen**
_____
**Avrum J. Rosen**
Signature of Debtor's Attorney
**Law Offices of Avrum J. Rosen, PLLC**
**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.